## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>,<br>               Plaintiff,<br>   v.<br>2004 BMW X5, WASHINGTON LICENSE NUMBER 383 ZM7, VIN: 57XFA13574L741440;<br>$118,440.84 U.S. FUNDS SEIZED FROM VARIOUS ACCOUNTS,<br>               Defendants. | NO:  CV-10-3049-RMP<br><br>ORDER GRANTING MOTION TO DISMISS CIVIL FORFEITURE COMPLAINT |

**BEFORE** the Court is Plaintiff's Motion to Dismiss Civil Forfeiture Complaint, ECF No. 49.  Having reviewed said motion and the file and pleadings therein, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

ORDER GRANTING MOTION TO DISMISS CIVIL FORFEITURE
COMPLAINT ~ 1

1. Plaintiff's Motion to Dismiss Civil Forfeiture Complaint, **ECF No. 49**, is **GRANTED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, enter judgment accordingly, and provide copies to counsel, and **close** this case.

**DATED** this 9th day of December 2013.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge

ORDER GRANTING MOTION TO DISMISS CIVIL FORFEITURE COMPLAINT ~ 2